UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| DONALD WAYNE MILLER,<br><br>               Plaintiff,<br><br>v.<br><br>VERIZON,<br><br>               Defendant. | Case No.: 25-3844 (ECT/LIB)<br><br>DEFENDANT VERIZON'S STATEMENT OF THE CASE |

Defendant Verizon Wireless Services, LLC, erroneously sued as "Verizon" (hereafter "Verizon Wireless"), submits this Statement of the Case in relation to the Complaint filed by Plaintiff Donald Wayne Miller ("Plaintiff"). Verizon Wireless denies all material allegations and asserts that it has complied with all applicable laws, including the Fair Credit Reporting Act ("FCRA"), and that Plaintiff's claims are without merit.

**I. Background and Factual Summary**

- On or about July 3, 2024, Plaintiff initiated wireless service with Verizon Wireless at a retail location in Bemidji, Minnesota.
- Plaintiff opened a single line of postpaid wireless service and purchased a smartphone through a Device Payment Plan.
- As part of the transaction, Plaintiff participated in a promotional trade-in offer, which provided recurring bill credits to offset the cost of the new device.

- Plaintiff selected a premium unlimited plan, which, with applicable discounts for autopay and paper-free billing, totals approximately $80 per month for a single line.

- Verizon Wireless does not offer a $25/month service plan for single-line postpaid accounts, nor does it offer a $20/month device payment plan for smartphones. Pricing at those levels is only available to customers with five or more lines on entry-level unlimited plans.

- Plaintiff subsequently disputed the charges and filed a complaint with the Minnesota Attorney General's Office, alleging misrepresentation of pricing.

- Verizon Wireless reviewed the account and, as a courtesy, applied a $20/month discount to Plaintiff's account moving forward.

- Despite this accommodation, Plaintiff's account accrued a balance due to nonpayment, resulting in service suspension. Verizon Wireless maintains that the charges are valid and consistent with the agreed-upon terms.

## II. Legal Position and Defenses

- Verizon Wireless has acted in full compliance with the FCRA and all relevant consumer credit reporting obligations.

- Information reported to credit bureaus accurately reflects Plaintiff's financial obligations under the service agreement.

- However, the parties' claims and defenses cannot be resolved in this Court as the parties agreed to binding arbitration for disputes arising from the wireless service

contract and the retail installment agreement. Verizon Wireless intends to file a motion to compel arbitration if Plaintiff refuses to stipulate to arbitration.

### III. Particularized Facts Supporting Defenses

- Plaintiff voluntarily selected a premium plan and agreed to the terms of the Device Payment Plan and promotional trade-in.
- Plaintiff was not promised a $25/month service plan or a $20/month device payment plan, as such pricing is not available for single-line accounts.
- Verizon Wireless made good-faith efforts to resolve Plaintiff's concerns, including applying a discretionary $20/month discount.
- Plaintiff failed to respond to outreach attempts by Verizon Wireless and did not remit payment, resulting in service suspension.
- Any reported balance is accurate and reflects Plaintiff's contractual obligations.

### IV. Damages

Verizon Wireless disputes Plaintiff's claims for damages and denies any liability for the alleged harm. Specifically:

- Verizon Wireless denies that Plaintiff is entitled to $20,000 or any amount for alleged mental anguish.
- Verizon Wireless denies that Plaintiff suffered harassment, invasion of privacy, or insomnia due to any conduct by Verizon Wireless.
- Verizon Wireless denies that Plaintiff has been unable to sleep or suffered insomnia due to any conduct by Verizon Wireless.

- Plaintiff has failed to present sufficient evidence linking any alleged damages to wrongful conduct by Verizon Wireless.
- Verizon Wireless asserts that all actions taken were lawful, appropriate, and consistent with the governing service agreement and applicable consumer protection laws.

At this time, Verizon Wireless has not asserted any claims for damages in this action.  Accordingly, Defendant has no disclosures to make regarding damages. However, Verizon Wireless expressly reserves the right to seek damages against Plaintiff or any other third parties should facts or circumstances warrant such relief.

Dated: November 11, 2025                Respectfully submitted,

/s/Kevin T. Dobie
Kevin T. Dobie (#0388322)
Liebo, Weingarden, Dobie & Barbee PLLP

4500 Park Glen Road, Ste. 300
Minneapolis, MN 55416
Telephone: 952-925-6888
kevin@minnesotamortgagelaw.com

***Attorneys for Defendant Verizon Wireless Services, LLC (erroneously sued as "Verizon")***